# EX. A

**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

DIANE M. SAUNDERS
*also admitted in NY

DIRECT DIAL (617) 788-5017
dsaunders@morganbrown.com

May 10, 2010

By Facsimile & First Class Mail

Bob Bownson
Rubloff Development Group, Inc./
Oxford Development Partners
2150 East Lake Cook Road, Suite 320
Buffalo Grove, Illinois 60089

Re:   Request for Return of The Saint Consulting Group, Inc.'s
      Confidential, Propriety Business Information

Dear Mr. Bownson:

We are counsel for The Saint Consulting Group, Inc. ("TSCG"). It has come to TSCG's recent attention that your companies are in wrongful possession of hundreds of pages of TSCG's confidential, proprietary business information relating to a development project in Mundelein, Illinois. On behalf of TSCG, we respectfully request the immediate return of all such documentation in either your companies' or its counsel's possession. We further respectfully request that your companies immediately destroy any copies of said documentation that may have been made.

Please know that TSCG will take all steps necessary to protect its confidential, proprietary business information and will utilize all legal remedies available to accomplish the orderly return of that information, including but not limited to an action for replevin and relief under the Uniform Trade Secrets Act. Your companies may have obtained wrongful possession of this documentation through a current or former employee of TSCG. As you may know, all such employees are bound by strict post-employment confidentiality restrictions. We trust that your companies (either directly or through counsel) did not, and will not in the future, take any action to wrongfully induce any TSCG employee or former employee to breach his or her express confidentiality obligations by providing TSCG's confidential, proprietary business information to your companies (in either written or oral form). Such action would amount to tortious

MORGAN, BROWN & JOY LLP

interference with advantageous business relations and TSCG would be forced to take legal action in response.

Please send all TSCG documentation relating to the Mundelein project to me immediately at the address listed above. We appreciate your prompt attention to this matter and thank you for your anticipated cooperation.

Very truly yours,

Diane Saunders

**Morgan, Brown & Joy, LLP**
200 State Street, 11th Floor
Boston, MA 02109
(617) 523-6666
Fax: (617) 367-3125

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   (847) 884-9934

To: Bob Bownson

From: Diane Saunders

Date: May 10, 2010

Client/Matter

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 2 |
|  |  |
|  |  |
|  |  |

COMMENTS:

### CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission are confidential, and intended only for the use of the individual to whom the transmission is directed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to your office. Thank you for your assistance.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (617) 523-6666.