UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RUBLOFF DEVELOPMENT GROUP, INC.,
RUBLOFF MUNDELEIN LLC,
MCVICKERS DEVELOPMENT LLC,
MCVICKERS NEW LENOX LLC,
MCVICKERS COOPER LLC,
MCVICKERS HICKORY CREEK LLC,
MCVICKERS TONNELL LLC,
MCVICKERS WILLIAMS LLC,

        Plaintiffs,

   v.

SUPERVALU, INC., d/b/a JEWEL-OSCO,
and THE SAINT CONSULTING GROUP,
INC.,

        Defendants.

Case No. 10-cv-3917

JURY DEMAND

## **PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 3.2**

Plaintiffs, by and through their attorneys, make the following disclosure pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois:

1. Plaintiffs, Rubloff Development Group, Inc., Rubloff Mundelein LLC, McVickers Development LLC, McVickers New Lenox LLC, McVickers Cooper LLC, McVickers Hickory Creek LLC, McVickers Tonnell LLC, and McVickers Williams LLC, have no publicly held affiliates.

Dated:      June 23, 2010

                                      RUBLOFF DEVELOPMENT GROUP, INC.,
                                      RUBLOFF MUNDELEIN LLC,
                                      MCVICKERS DEVELOPMENT LLC,
                                      MCVICKERS NEW LENOX LLC,
                                      MCVICKERS COOPER LLC,

-2-

                    MCVICKERS HICKORY CREEK LLC,
                    MCVICKERS TONNELL LLC,
                    MCVICKERS WILLIAMS LLC,


                    By: /s/ Thomas J. Frederick
                    One of Their Attorneys

Thomas J. Frederick
Neil M. Murphy
Renee Sotos
Joanna C. Wade
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600