# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 10-cv-3917

RUBLOFF DEVELOPMENT GROUP, INC., et al.
v.
SUPERVALU, INC., d/b/a JEWEL-OSCO, and
THE SAINT CONSULTING GROUP, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RUBLOFF DEVELOPMENT GROUP, INC., RUBLOFF MUNDELEIN LLC,
MCVICKERS DEVELOPMENT LLC, MCVICKERS NEW LENOX LLC,
MCVICKERS COOPER LLC, MCVICKERS HICKORY CREEK LLC,
MCVICKERS TONNELL LLC, and MCVICKERS WILLIAMS LLC

| | |
|---|---|
| NAME (Type or print) <br> Neil M. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Neil M. Murphy | |
| FIRM <br> Winston & Strawn LLP | |
| STREET ADDRESS <br> 35 West Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243548 | TELEPHONE NUMBER <br> (312) 558-5600 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☑   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐