**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 10-cv-3917
RUBLOFF DEVELOPMENT GROUP, INC., et al.
v.
SUPERVALU, INC., d/b/a JEWEL-OSCO, and
THE SAINT CONSULTING GROUP, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RUBLOFF DEVELOPMENT GROUP, INC., RUBLOFF MUNDELEIN LLC,
MCVICKERS DEVELOPMENT LLC, MCVICKERS NEW LENOX LLC,
MCVICKERS COOPER LLC, MCVICKERS HICKORY CREEK LLC,
MCVICKERS TONNELL LLC, and MCVICKERS WILLIAMS LLC

| | |
|---|---|
| NAME (Type or print) Renee Sotos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Renee Sotos | |
| FIRM Winston & Strawn LLP | |
| STREET ADDRESS 35 West Wacker Drive | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6275959 | TELEPHONE NUMBER (312) 558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |