AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

RUBLOFF DEVELOPMENT GROUP, INC., et al

CASE NUMBER: 10-cv-3917

V

ASSIGNED JUDGE: Judge Leinenweber

SUPERVALU, INC., d/b/a JEWEL-OSCO, and THE SAINT CONSULTING GROUP, INC

DESIGNATED
MAGISTRATE JUDGE: Mag Judge Finnegan

TO: (Name and address of Defendant)

SUPERVALU, INC, d/b/a JEWEL-OSCO
c/o Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

June 24, 2010
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 6/30/10 |
| NAME OF SERVER (PRINT) John Ritter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED SUPERVALU, INC D/B/A JEWEL-OSCO, by SERVING THE REGISTERED AGENT, THE CORPORATION TRUST COMPANY AT 1209 ORANGE ST, WILM DE 19801 @ 11:26 AM PERSON ACCEPTING: Scott LaScala - Section Head

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/30/10
*Date*

*Signature of Server*

230 N Market St, Wilm DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure