UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., ) <br> RUBLOFF MUNDELEIN LLC, ) <br> MCVICKERS DEVELOPMENT LLC, ) <br> MCVICKERS NEW LENOX LLC, ) <br> MCVICKERS COOPER LLC, ) <br> MCVICKERS HICKORY CREEK LLC, ) <br> MCVICKERS TONNELL LLC, ) <br> MCVICKERS WILLIAMS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUPERVALU INC., d/b/a JEWEL-OSCO and ) <br> THE SAIN CONSULTING GROUP, INC., ) <br> ) <br> Defendants. ) | Case No. 1:10-cv-03917 <br><br> Hon. Harry D. Leinenweber |

## DEFENDANT SUPERVALU INC.'S MOTION TO DISMISS

Defendant, Supervalu Inc., respectfully moves to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support thereof, Supervalu Inc. refers to its accompanying Memorandum of Law filed contemporaneously with this Motion.

**SUPERVALU INC.**

By: ___/s/Martin B. Carroll___
 One of Its Attorneys

Martin B. Carroll (mcarroll@fhslc.com)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60610
Telephone: (312) 224-1200

Martin R. Lueck (mrlueck@rkmc.com)
Bruce D. Manning (bdmanning@rkmc.com) (admitted in the Northern District of Illinois)
Michael D. Reif (mdreif@rkmc.com)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500

## CERTIFICATE OF SERVICE

    I, Martin B. Carroll, certify that on July 20, 2010, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Thomas J. Frederick  
Neil M. Murphy  
Renee Sotos  
Joanna C. Wade  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL  60601  
Telephone:   312-558-5600  
Email: tfrederick@winston.com

                                        By:   /s/ Martin B. Carroll