UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., <br> RUBLOFF MUNDELEIN LLC, <br> MCVICKERS DEVELOPMENT LLC, <br> MCVICKERS NEW LENOX LLC, <br> MCVICKERS COOPER LLC, <br> MCVICKERS HICKORY CREEK LLC, <br> MCVICKERS TONNELL LLC, <br> MCVICKERS WILLIAMS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SUPERVALU INC., d/b/a JEWEL-OSCO and <br> THE SAIN CONSULTING GROUP, INC., <br><br> Defendants. | Case No. 1:10-cv-03917 <br><br> Hon. Harry D. Leinenweber |

## NOTICE OF MOTION

To: Thomas J. Frederick
Neil M. Murphy
Renee Sotos
Joanna C. Wade
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

PLEASE TAKE NOTICE that on **July 28, 2010 at 9:30 a.m.,** I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **Defendant Supervalu Inc.'s Motion to Dismiss,** a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

Respectfully submitted,

/s/Martin B. Carroll

Martin B. Carroll
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street
Suite 3000
Chicago, Illinois 60606
(312) 224-1200

Martin R. Lueck (mrlueck@rkmc.com)
Bruce D. Manning (bdmanning@rkmc.com) (admitted in the Northern District of Illinois)
Michael D. Reif (mdreif@rkmc.com)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:    612-349-8500

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2010, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/ Martin B. Carroll