# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RUBLOFF DEVELOPMENT GROUP, INC., et al.

V.

SUPERVALU, INC., d/b/a JEWEL-OSCO, and THE SAINT CONSULTING GROUP, INC.

CASE NUMBER: 10-cv-3917

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Finnegan

TO: (Name and address of Defendant)

Saint Consulting Group, Inc.
c/o Registered Agent Patrick F. Fox
99 Derby Street, Suite 100, Hingham, Massachusetts 02043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

---------------------------------
**(By) DEPUTY CLERK**

**June 24, 2010**

---------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/2/10 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOSHUA RYMASZEWSKI | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IN HAND TO PATRICK F. FOX - REGISTERED AGENT, SAINT CONSULTING GROUP, INC., 99 DERBY STREET, SUITE 100, HINGHAM, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 84— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  7/2/10
              Date          Signature of Server

QUICKSERV
P.O. BOX 869103
MILTON, MA 02186
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.