**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Rubloff Development Group, Inc., et al.

                          Plaintiff,

v.                                         Case No.: 1:10–cv–03917
                                                      Honorable Harry D. Leinenweber

SuperValu, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 22, 2010:

        MINUTE entry before Honorable Harry D. Leinenweber: Defendant Supervalu Inc's Motion to Dismiss now set for 7/28/2010 is reset by the court for 7/27/2010 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.