# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:10-cv-03917 |
| v. | ) ) | Hon. Harry D. Leinenweber |
| SUPERVALU, INC., d/b/a JEWEL-OSCO, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 27, 2010 at 9:30 a.m., I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present Plaintiffs' Motion for Summary Judgment on Count I, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with Local Rule 5.2.

Dated:     July 23, 2010

Respectfully submitted,

RUBLOFF DEVELOPMENT GROUP, INC.,
RUBLOFF MUNDELEIN LLC,
MCVICKERS DEVELOPMENT LLC,
MCVICKERS NEW LENOX LLC,
MCVICKERS COOPER LLC,
MCVICKERS HICKORY CREEK LLC,
MCVICKERS TONNELL LLC,
MCVICKERS WILLIAMS LLC

By: /s/ Thomas J. Frederick
One of Their Attorneys

Thomas J. Frederick
Neil M. Murphy
Renee Sotos
Joanna C. Wade
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
tfrederick@winston.com
(312) 558-5600

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on July 23, 2010, I filed the above and foregoing with the Court's ECF system and caused a copy of the foregoing to be served on the following via U.S. and electronic mail:

Diane M. Saunders
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
E-mail: dsaunders@morganbrown.com
(Via U.S. and electronic mail)

Saint Consulting Group, Inc.
c/o Registered Agent Patrick F. Fox
99 Derby Street, Suite 100, Hingham, Massachusetts 02043
(Via U.S. mail)

By:  /s/ Thomas J. Frederick
ATTORNEY FOR RUBLOFF DEVELOPMENT GROUP, INC.,
RUBLOFF MUNDELEIN LLC,
MCVICKERS DEVELOPMENT LLC,
MCVICKERS NEW LENOX LLC,
MCVICKERS COOPER LLC,
MCVICKERS HICKORY CREEK LLC,
MCVICKERS TONNELL LLC,
MCVICKERS WILLIAMS LLC